5

Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ District of AZ

Case number (If known): 19-03643 _____ Chapter _____

FILED USBC CLRK TUC
2019 MAR 29 PM 4:41

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's full name

   irene
   First name

   oq
   Middle name

   rothes
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. Other names you know the debtor has used in the last 8 years

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)

   ☐ Unknown

   xxx – xx – 4 9 0 3       OR       9xx – xx – ___ ___ ___ ___

5. Any Employer Identification Numbers (EINs) used in the last 8 years

   ☐ Unknown

   EIN __ __ – __ __ __ __ __ __ __

   EIN __ __ – __ __ __ __ __ __ __

| Debtor | | Case number (if known) | |
|---|---|---|---|

**6. Debtor's address**

| Principal residence | Mailing address, if different from residence |
|---|---|
| 7777 e golf links road<br>Number  Street | <br>Number  Street |
| tucson        az    85730<br>City           State  ZIP Code | <br>City           State  ZIP Code |
| Pima<br>County | |

**Principal place of business**

| |
|---|
| Number  Street |
| |
| City           State  ZIP Code |
| County |

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

Each petitioner believes:

☑ **Debts are primarily consumer debts.** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☐ **Debts are primarily business debts.** *Business debts are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.*

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship _____
District _____ Date filed _____ Case number, if known _____
MM / DD / YYYY

| Debtor | | Case number *(if known)* |
|---|---|---|

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☑ Other reason. Explain. (See 28 U.S.C. § 1408.) homestate of debtor

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jim Stevens | contract | $ 170,000.00 |
| phillip schmidt | loan | $ 2,500.00 |
| sheri page | saxaphone etc. | $ 500.00 |
| | Total | $ 173,500.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _____    Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_
Signature of petitioner or representative, including representative's title

Printed name of petitioner: jim stevens

Date signed: 03/29/2019
MM / DD / YYYY

**Mailing address of petitioner**

7777 e golf links road
Number  Street

Tucson, AZ 85730
City   State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone: 5207752489
Email: eveoftenth@gmail.com

**Name and mailing address of petitioner's representative, if any**

Name _____

Number Street _____

City  State  ZIP Code

**Attorneys**

X _____
Signature of attorney

Printed name _____

Firm name, if any _____

Number  Street _____

City   State   ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone _____  Email _____

| Debtor _____ | Case number (if known) _____ |

✗ _[signature]_ ✗  
Signature of petitioner or representative, including representative's title

phillip schmidt  
Printed name of petitioner

Date signed  03/29/2019  
MM / DD / YYYY

**Mailing address of petitioner**

3000 n romero          Unit A5  
Number  Street

tucson          az     857 05  
City            State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number  Street

_____  
City  State ZIP Code

✗ Signature of Attorney

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ___ ZIP Code ___

Date signed _____  
MM / DD / YYYY

Contact phone _____ Email _____

---

✗ Bryce Page  
Signature of petitioner or representative, including representative's title

~~bryce page~~ or bryce page (respective is not crossed  
Printed name of petitioner

Date signed  03/29/2019  
MM / DD / YYYY

**Mailing address of petitioner**

3000 n romero     A5     85705  
Number  Street

Tucson    , AZ    85705  
City      State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number  Street

_____  
City  State  ZIP Code

✗ Signature of Attorney

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ___ ZIP Code ___

Date signed _____  
MM / DD / YYYY

Contact phone _____ Email _____