UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | Involuntary Chapter 7 |
| ) | |
| **IRENE OQ ROTHES** ) | Case No. 4:19-bk-03643-SHG |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| Alleged Debtor. ) | |

Petitioning creditors having filed an involuntary petition against the above-named debtor on March 29, 2019, and the petitioning creditors having failed to file evidence that they have served the involuntary petition and summons within 120 days of the filing of the involuntary petition,

**IT IS ORDERED** that the petitioning creditors appear at the United States Bankruptcy Court, James A. Walsh Federal Courthouse, 38 S. Scott Avenue, Courtroom 329, Tucson, AZ 85701, with video available at U.S. Courthouse and Federal Building , 230 N. First Ave., 3rd Floor, Courtroom 301, Phoenix, AZ 85003, on Tuesday, August 13, 2019 at 2:30 p.m. to show cause, if any there be, why the involuntary petition should not be dismissed for failure to make service.

Copies to be mailed by the BNC to:
Attorney for Petitioning Creditors
Pro Se Petitioning Creditors
Alleged Debtor
United States Trustee