# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** IRENE OQ ROTHES
**Case Number:** 4:19-BK-03643-SHG  **Chapter:** 7
**Date / Time / Room:** TUESDAY, AUGUST 13, 2019 02:30 PM   COURTROOM 329
**Bankruptcy Judge:** SCOTT H. GAN
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** ALICIA JOHNS

## Matter:

HEARING ON ORDER TO SHOW CAUSE WHY THE INVOLUNTARY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE SERVICE.

R / M #:   3 / 0

## Appearances:

NONE

## Proceedings:

The Court notes for the record that no one appeared in Tucson, Phoenix, or by telephone on behalf of the involuntary petitioners.

COURT:  THE COURT SET THE HEARING BECAUSE IT WAS APPARENT FROM THE DOCKET THAT THE INVOLUNTARY PETITION WAS FILED AND THE SUMMONS WAS ISSUED BUT THE SUMMONS WAS NOT SERVED AS REQUIRED BY RULE 1010.  THE COURT WANTED TO FIND OUT WHETHER THE PETITION HAD BEEN SERVED AND A CERTIFICATE OF SERVICE HAD NOT BEEN ISSUED.  NO ONE HAVING APPEARED AT THE HEARING TO SUPPORT THAT, IT APPEARS SERVICE WAS NOT MADE AND THE COURT WILL ORDER THAT THE INVOLUNTARY PETITION BE DISMISSED.

A form of order will issue.

The hearing concludes.

Copy of the M.E. mailed by BNC to:
Irene OQ Rothes, Debtor
Jim Stevens, Petitioning Creditor
Phillip Schmidt, Petitioning Creditor
Sheri Page, Petitioning Creditor
tlm